**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1541**

———————

In Re:  ANDRE J. HOWARD, and family,

Petitioner.

———————

On Petition for Extraordinary Writ.
(1:12-cv-00035-SGW; 1:13-mc-00032-JPJ)

———————

Submitted:  August 22, 2013          Decided: August 26, 2013

———————

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Andre J. Howard, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre J. Howard petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We conclude that relief is not warranted. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED